09-60155-A-7
MASTER ADDRESS LIST
DEBTOR: RICHARD BUTLER
JUDGE: HON. W. RIMEL

FILED 10/21/09 - 12:01 PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION     r9af
2009-60155
553

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## EASTERN DIVISION

In re Richard Alan Butler
dba R&J Butler Trucking

Case

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for this case, either (please check one):

☒ on computer diskette listing a total of _10_____ creditors [required if debtor's(s') petition is prepared by an attorney or bankruptcy petition preparer],

OR

☐ by a typed, hard copy in scannable format, consisting of _____ pages and listing a total of _____ creditors [acceptable only if debtor's(s') petition is not prepared by an attorney or bankruptcy petition preparer],

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _10/14/2009_

_____          _____
Debtor's Signature                 Joint Debtor's (if any) Signature

========================================

### For Court Use Only

____ Diskette readable. Print-out Master Address List attached; copy provided to filing party with returned diskette.

____ Diskette unreadable (print-out attached). Notice to resubmit provided to filing party with returned diskette.

========================================

EDC 2-100 (Rev. 6/2002)

Case Number: 09-60155   Debtor: Richard Butler   Page: 1

AT&T MOBILITY
POST OFFICE BOX 515188
LOS ANGELES   CA   90051-5188


CAPITAL ONE
POST OFFICE BOX 30285
SALT LAKE CITY   UTAH   84130-0285


CHASE
BANKRUPTCY DEPARTMENT
POST OFFICE BOX 15298
WILMINGTON   DELAWARE   19850-5298


CHASE HOME FINANCE
POST OFFICE BOX 78116
PHOENIX   AZ   85062-8116


HSBC CARD SERVICES
PAYMENT CENTER
POST OFFICE BOX 60136
CITY OF INDUSTRY   CA   91716-0136


JCPENNEY
POST OFFICE BOX 960090
ORLANDO   FLORIDA   32896-0001


KOHL'S
POST OFFICE BOX 30510
LOS ANGELES   CA   90030-0510


SEARS
POST OFFICE BOX 6283
SIOUX FALLS   SD   57117


TOYOTA FINANCIAL SERVICES
ATTN   BANKRUPTCY DEPARTMENT
POST OFFICE BOX 8026
CEDAR RAPIDS   IA   52408-8026


VERIZON WIRELESS
CUSTOMER SERVICE DEPT
PO BOX 96082
BELLEVUE   WASHINGTON   98009-9682

////////////////////////Last Page////////////////////////